UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD.,

        Plaintiff,

- against -

AMAZON.COM SERVICES, LLC, ET AL.,

        Defendants.

23-cv-4869 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

In response to the defendants' letter dated June 16, 2023 (ECF No. 6), the motion to vacate the arbitration award and the prospective motion to confirm the award should not be stayed pending a decision on the motion to remand. The parties should agree on a proposed schedule for the motions.

SO ORDERED.

Dated:    New York, New York
            June 20, 2023

                                            John G. Koeltl
                                       United States District Judge