UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD,

        Petitioner,

- against -

AMAZON.COM SERVICES, LLC, ET AL.,

        Respondents.

23-cv-4869 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The petitioner's reply in support of its motion to remand was due on July 24, 2023. ECF No. 10. To date, no reply has been filed. The time for the petitioner to file a reply in support of its motion to remand is extended to **August 4, 2023**. If the petitioner does not file a reply by that date, the motion to remand will be decided on the current papers.

    The deadlines for briefing on the petition to vacate the arbitration award and the cross-motion to confirm the arbitration award remain the same.

SO ORDERED.

Dated:    New York, New York
           July 28, 2023

                                              John G. Koeltl
                                       United States District Judge