UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

LONGYAN JUNKAI INFORMATION TECHNOLOGY
CO., LTD,                                              23-cv-4869 (JGK)

               Petitioners,                ORDER

     - against -

AMAZON.COM SERVICES, LLC, ET AL.,

               Respondents.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The petitioner is directed to submit courtesy copies of all papers filed in connection with the fully briefed motion to remand. ECF No. 8.

SO ORDERED.

Dated:    New York, New York
           August 2, 2023

                                              John G. Koeltl
                                    United States District Judge