```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD,

                     23-cv-4869 (JGK)

       Petitioner,

  - against -                  ORDER

AMAZON.COM SERVICES, LLC, ET AL.,

       Respondents.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

The petitioner's reply memorandum of law in support of its petition to vacate the arbitration award and its opposition to the cross-motion to confirm the arbitration award were due on **August 4, 2023.** ECF No. 12. To date, those submissions have not been filed. The time for the petitioner to file its reply memorandum of law in support of its motion to vacate the arbitration award and its opposition to the cross-motion to confirm the arbitration award is extended to **August 22, 2023.** If the petitioner does not make those submissions by that date, the petitioner's motion to vacate the arbitration and the respondents' cross-motion to confirm the arbitration will be decided on the current papers.

If the petitioner files its opposition to the cross-motion to confirm by August 22, 2023, the respondents may file a reply in support of their cross-motion by **September 6, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 16, 2023**                /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                          **United States District Judge**