```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

**LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD,**

       **23-cv-4869 (JGK)**

    Petitioner,

  - against -                    **ORDER**

**AMAZON.COM SERVICES, LLC, ET AL.,**

    Respondents.

------------------------------------

**JOHN G. KOELTL, District Judge:**

Petitioner Longyan Junkai Information Technology Co., Ltd. should clarify which of its two memoranda, ECF No. 21-22, is the operational document in reply to the petition to vacate the arbitration award and in opposition to the motion to confirm the arbitration award. Amazon should reply to that document. The other memorandum is deemed stricken.

**SO ORDERED.**

**Dated:**    **New York, New York
August 29, 2023**

                                               /s/ John G. Koeltl
                                                   **John G. Koeltl
United States District Judge**