```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD,

                        Petitioner,

        - against -

AMAZON.COM SERVICES, LLC, ET AL.,

                        Respondents.

23-cv-4869 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The petitioner is directed to submit paper courtesy copies of all papers filed in connection with the petitioner's petition to vacate the arbitration award and the respondent's cross-motion to confirm the arbitration award.

SO ORDERED.

Dated:    New York, New York
            September 7, 2023

                                      John G. Koeltl
                                United States District Judge