**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LONGYAN JUNKAI INFORMATION
TECHNOLOGY CO., LTD.,

                Petitioner,                  23 **CIVIL** 4869 (JGK)

        -against-                          **JUDGMENT**

AMAZON.COM SERVICES LLC., ET AL.,

                Respondents.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 12, 2023, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the foregoing reasons, the petitioner's motion to remand is denied, the petitioner's motion to vacate the Award is denied, and the respondents' cross-motion to confirm the Award is granted. The Clerk is directed to enter judgment confirming the Award. Accordingly the case is closed.

**Dated**: New York, New York
         December 12, 2023

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                             **BY:**

                                                          **Deputy Clerk**